IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD DAVIS                                                                              PLAINTIFF

VS.                                       Case No. 05-CV-1001

UNION COUNTY AND KEN JONES,
SHERIFF OF UNION COUNTY, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES,
AND DARRELL EASTER, JAILER, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES                                                       DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw and Substitute. (Doc. 14). The Court finds this motion ripe for consideration, and upon consideration, the Court finds the motion should be and hereby is **granted**. Angela R. Echols of the Hot Springs, Arkansas, law firm of Bachelor & Newell is hereby relieved as Defendants' counsel of record in this lawsuit and C. Burt Newell of the Hot Springs, Arkansas, law firm of Bachelor & Newell is hereby substituted as Defendants' counsel of record.

**IT IS SO ORDERED** this 10th day of April, 2006.

                                            /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              U.S. District Judge