IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD DAVIS                                                                                    PLAINTIFF

VS.                                              CASE NO. 05-CV-1001

UNION COUNTY AND KEN JONES,
SHERIFF OF UNION COUNTY, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES,
AND DARRELL EASTER, JAILER, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITIES                                          DEFENDANTS

## ORDER

Before the Court is a Stipulation for Dismissal filed on behalf of the parties in the above styled and numbered case. (Doc. No. 26). The parties seek a dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Upon consideration, the Court finds that the above styled and numbered action should be and hereby is dismissed with prejudice.

IT IS SO ORDERED, this 7th day of February, 2007.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge